UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 1:11-CV-24195-MGC

ROGER NUNEZ,

    Plaintiff,

v.

TRULUCK'S SEAFOOD, LLC,

    Defendants.
_____/

**DEFENDANT TRULUCK'S SEAFOOD, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for Defendant Truluck's Seafood, LLC ("Truluck's"), hereby certifies that it is a non-governmental entity and that:

1. Defendant Truluck's Seafood, LLC, is a Texas Limited Liability Company authorized to do business in the State of Florida, is wholly owned by Truluck's Restaurant Group, Ltd., a Texas Limited Partnership authorized to do business in the State of Florida.

2. Truluck's Restaurant Group, Ltd.'s general partner is S&P Restaurants, Inc., a privately held company incorporated under the law of Texas with its principal place of business in Houston, Texas.

3. No publicly held company or affiliate has a substantial financial interest in the outcome of this litigation.

Dated: February 6, 2012                                     Respectfully submitted,

/s Mark D. Temple
Mark D. Temple, Esq. (admitted pro hac vice)
mdtemple@jonesday.com
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002
Telephone (832) 239-3741
Facsimile (832) 239-3600

*Attorney for Defendant Truluck's Seafood, LLC*

Elizabeth M. Rodriguez, Esq.
Florida Bar No. 821690
erodriguez@fordharrison.com
FORD & HARRISON LLP
100 S.E. 2nd Street, Suite 2150
Miami, Florida  33131
Telephone (305) 808-2143
Facsimile (305) 808-2101

*Attorney for Defendant Truluck's Seafood, LLC*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2012, I electronically filed the foregoing Defendant Truluck's Seafood, LLC's Corporate Disclosure Statement with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/Elizabeth M. Rodriguez</u>

## SERVICE LIST

Lawrence J. McGuinness
McGuinness & Gonzalez, P.A.
Florida Bar No. 814611
1627 S.W. 37th Ave., Suite 100
Miami, Florida 33145
Telephone: (305) 448-9557
Facsimile: (305) 448-9559
ljmpalaw@netzero.com
*Attorney for Plaintiff Roger Nunez*
(via CM/ECF)

Miami:175230.1